**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Roger Gipson, et al.
                                    Plaintiff,

v.                                                                Case No.: 1:24–cv–12319
                                                                Honorable Thomas M. Durkin

3 Guys and a Girl LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's unopposed motion for voluntary dismissal [20] is granted. Pursuant to FRCP 41(a), this action is dismissed with prejudice. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.